No. 92–9016. McDONALD v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–9017. BALDERAS v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 92–9019. PETRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9020. BONA v. GNAC CORP. Super. Ct. N. J., App. Div. Certiorari denied.

No. 92–9021. BONA v. GNAC CORP. Super. Ct. N. J., Atlantic County, Chan. Div. Certiorari denied.

No. 92–9022. ROWLAND v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–9023. VELTMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9024. ZACK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–9025. STEELE v. CALIFORNIA DEPARTMENT OF SOCIAL SERVICES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–9026. GREENWOOD, AKA MADDOX v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 92–9027. HILL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–9028. HUDSON v. WILLIAMS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 92–9029. PLUMMER v. NEAL, ASSISTANT DEPUTY DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 92–9030. NORTHINGTON v. MICHIGAN. Ct. App. Mich. Certiorari denied.